UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JOHN DAGATA, individually and on behalf
of all others similarly situated;

    Plaintiff,

v.

CASE NO.: 2:18-cv-17116

FINANCIAL BUSINESS AND CONSUMER
SOLUTIONS, INC. D/B/A FBCS, INC.,
LVNV FUNDING, LLC
JOHN DOES 1-25
    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff John Dagata and Defendants Financial Business and Consumer Solutions, Inc. and LVNV Funding, LLC in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** March 18, 2019

| For Plaintiff John Dagata | For Defendant Financial Business and Consumer Solutions, Inc. and LVNV Funding, LLC |
|---|---|
| /s/ Yaakov Saks<br>Yaakov Saks<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601 | /s/ Richard Perr<br>Richard Perr<br>Fineman Krekstein and Harris P.C. |

1

| | |
|---|---|
| Ph: (201) 282-6500<br>ysaks@steinsakslegal.com | Ten Penn Center<br>1801 Market Street<br>Philadelphia, PA 19103<br>Ph: (215) 893-9300<br>rperr@finemanlawfirm.com |

## CERTIFICATE OF SERVICE

I certify that on March 18, 2019, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Yaakov Saks*
Yaakov Saks
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
*Attorneys for Plaintiff*

SO ORDERED

Kevin McNulty, U.S.D.J.

Date: 3/19/19

2